UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**Ronald Childs,**
    **Petitioner**

-vs-                      Case No.  1:00-cv-617

**Harry Russell,**
    **Defendant**

# JUDGMENT

|     | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| --- | --- | --- |
| X   | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED that:**

Petitioner's objections to the Report & Recommendation are OVERRULED. The Report & Recommendation is ADOPTED. Petitioner's petition for writ of habeas corpus is DENIED.

The Court will not issue a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right that is remediable in this proceeding. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

The Court hereby CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith; therefore, the Court will not grant any request by petitioner to proceed *in forma pauperis* on appeal. See Fed. R. App. P. 24(a).

Date:  January 14, 2004                                James Bonini, Clerk

                                                      By:  s/Mary C. Brown
                                                              Mary C. Brown, Deputy Clerk